THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW ALLEN PRINCE,<br><br>  Defendant. | CASE NO. CR14-176 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend surrender to U.S. Marshals (Dkt. No. 39). This motion is GRANTED. The Court ORDERS that Defendant Andrew Prince shall self-surrender to the U.S. Marshals by April 28, 2017.

DATED this 18th day of January 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk

MINUTE ORDER, CR14-176 JCC
PAGE - 1